Same case below, 364 Fed. Appx. 109.

**No. 09-10622. Sorga Suarez, aka Lizette Solis, aka Sorgalim Sin Barzaga, aka Sorgalim Valladares, aka Sorgalim Barzaga, aka Lizette Valladares, Petitioner v. United States.**

560 U.S. 973, 130 S. Ct. 3431, 177 L. Ed. 2d 340, 2010 U.S. LEXIS 4894.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 364 Fed. Appx. 602.

**No. 09-10636. William S. Tanchak, et ux., Petitioners v. United States.**

560 U.S. 973, 130 S. Ct. 3431, 177 L. Ed. 2d 340, 2010 U.S. LEXIS 4771.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 351 Fed. Appx. 729.

**No. 09-10642. Frederick L. Pitchford, Petitioner v. Daniel Madden Turbitt, Administrative Judge, Merit Systems Protection Board.**

560 U.S. 974, 130 S. Ct. 3431, 177 L. Ed. 2d 340, 2010 U.S. LEXIS 4862.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-10661. Anastacio De La Cruz-Diaz, Petitioner v. United States.**

560 U.S. 974, 130 S. Ct. 3432, 177 L. Ed. 2d 340, 2010 U.S. LEXIS 4952.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-10662. Gabriel Cardona-Ramirez, Petitioner v. United States.**

560 U.S. 974, 130 S. Ct. 3432, 177 L. Ed. 2d 340, 2010 U.S. LEXIS 4935.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 358 Fed. Appx. 562.

**No. 09-10666. Guillermo Quinones, Petitioner v. T. C. Outlaw, Warden.**

560 U.S. 974, 130 S. Ct. 3432, 177 L. Ed. 2d 340, 2010 U.S. LEXIS 4903.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 366 Fed. Appx. 708.

**No. 09-10671. Antonio Lopez-Jacobo, Petitioner v. United States.**

560 U.S. 974, 130 S. Ct. 3432, 177 L. Ed. 2d 340, 2010 U.S. LEXIS 4871.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 12.